VARIETY STORES, INC.,

       Plaintiff,

vs.

WAL-MART STORES, INC.,

       Defendant.

DECLARATION OF KAREN DINEEN IN SUPPORT OF WAL-MART STORES, INC.'S MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF KAREN DINEEN

I, Karen Dineen, declare as follows:

1. I am the Senior Director, Brand Management, at Wal-Mart Stores, Inc. ("Walmart"), the defendant in the above-entitled action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. In late 2010, Walmart began developing a private label trademark, "Backyard Grill" + Design, for grills and grill-related products and accessories, as follows:



3.  A private label trademark is one that is used on products sold only by a particular retailer. Here, the grills and grill-related products that were sold in connection with "Backyard Grill" + Design have been and are available only at Walmart stores and on Walmart.com.

4.  Products sold under the "Backyard Grill" + Design trademark have not been the subject of any major advertising campaign by Walmart. Products sold under the "Backyard Grill" + Design trademark have not been advertised on television, radio or billboards.

5.  The only advertising that Walmart has done for products sold under the "Backyard Grill" + Design trademark has been in advertising circulars that have been distributed in newspapers and inside Walmart retail stores. From April 29, 2012 to March 22, 2015, Walmart has advertised "Backyard Grill" + Design products in a total of 22 circulars that were distributed on the following dates:

        4/29/12
        5/20/12
        6/10/12
        8/26/12
        3/3/13
        3/31/13
        5/19/13
        6/2/13
        6/9/13
        6/16/13
        6/30/13
        8/25/13
        3/23/14
        3/30/14
        4/13/14
        6/3/14
        6/8/14
        6/29/14
        7/1/14
        8/24/14
        3/1/15
        3/22/15

6. Copies of the following circulars that were circulated in 2012, 2013, 2014 and on March 22, 2015 are attached as Exhibit M to the Declaration of Karen Angell. Exhibit M includes the following:

| Year | Bates Stamp | Date |
|---|---|---|
| 2012 | WM 01093 | Advertising Circular - April 29, 2012 |
| | WM 1094 | Advertising Circular – May 20, 2012 |
| | WM 1095 | Advertising Circular – June 10, 2012 |
| | WM 1096 | Advertising Circular – August 26, 2012 |
| 2013 | WM 1097 | Advertising Circular – March 3, 2013 |
| | WM 1098 | Advertising Circular – March 31, 2013 |
| | WM 1099 | Advertising Circular – May 19, 2013 |
| | WM 1100 | Advertising Circular – June 2, 2013 |
| | WM 1101 - 1102 | Advertising Circular – June 9, 2013 |
| | WM 1103 - 1104 | Advertising Circular – June 16, 2013 |
| | WM 1105 | Advertising Circular – June 30, 2013 |
| | WM 1106 | Advertising Circular – August 25, 2013 |
| | WM 1110 | Advertising Circular – June 3, 2013 |
| 2014 | WM 1112 | Advertising Circular – July 1, 2014 |
| | WMS25 | Advertising Circular – May 18, 2014 |
| | WMS26 | Advertising Circular –June 8, 2014 |
| | WMS38 | Advertising Circular –June 29, 2014 |
| | WMS39 | Brand shop on Walmart.com, Spring 2014 |
| | WMS40 | Advertising Circular – August 24, 2014 |
| | WMS41 | Brand shop on Walmart.com, Spring 2014 |
| | WMS 42 | Advertising Circular – March 23, 2014 |
| | WMS 43 | Advertising Circular – March 30, 2014 |
| | WMS 44 | Advertising Circular – April 13, 2014 |
| 2015 | WMS 466 | Advertising Circular – March 22, 2015 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 8, 2015, at Bentonville, Arkansas.

_____
Karen Diheen