IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-217-BO

| | | |
|---|---|---|
| VARIETY STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WAL-MART STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

This cause now comes before the Court on discovery and related motions from both parties.

Plaintiff's Third Motion to Compel [DE 96] is hereby REFERRED to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A). For good cause shown, plaintiff's Motion for Leave to File a Reply in Support of Its Motion to Compel [DE 104] is GRANTED.

Plaintiff's Motion to Compel Rule 30(b)(6) Deposition [DE 107] and Defendant's related Motion for Protective Order [DE 111] are hereby REFERRED to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

Plaintiff's Motion for Protective Order [DE 109] is hereby REFERRED to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

Defendant's Motion to Compel Rule 30(b)(6) Deposition, Interrogatory Response, and Supplemental Initial Disclosures [DE 115] is hereby REFERRED to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

Plaintiff's Motions for Leave to File Reply [DE 123, 125] are GRANTED for good cause shown, as are plaintiff's Motion for Extension of Time to Serve Rebuttal Expert Report [DE 143] and related Motion to Seal. [DE 146].

SO ORDERED, this __7__ day of December, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2

Case 5:14-cv-00217-BO   Document 150   Filed 12/08/15   Page 2 of 2