IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

_____

VARIETY STORES, INC.,

        Plaintiff,

vs.                                    Case No. 5:14-cv-00217

WAL-MART STORES, INC.,

        Defendant.
_____

**MOTION IN LIMINE BY PLAINTIFF VARIETY STORES, INC.
TO EXCLUDE DEFENDANT WAL-MART STORES, INC.'S EXPERT REPORTS AND
TESTIMONY OF PORET, MANTIS, VAN LIERE AND ROGERS**

Plaintiff Variety Stores, Inc. ("Variety") respectfully moves this Court for an Order *in limine* excluding the expert reports and testimony of Walmart proposed witnesses Poret, Mantis, Van Liere and Rogers. As explained in the accompanying Memorandum of Law In Support of Plaintiff Variety Stores, Inc.'s Motion In Limine to Exclude Walmart's Expert Reports of Poret, Mantis, Van Liere, and Rogers, the reports and testimony sought to be presented by Walmart through these witnesses are irrelevant, unreliable and in conflict with this Court's prior Order granting summary judgment in Variety's favor on the confusion and commercial strength issues addressed by these surveys. An Order *in Limine* is necessary and appropriate in order to avoid unnecessary further discovery and trial preparation, and to limit issues and evidence presented to the Court in the remedies phase of the case to only that evidence relevant to the issue of the recovery, if any, to which Variety is entitled as a result of Walmart's willful infringement, as previously determined by the Court.

This the 18th day of February, 2016.

        Respectfully submitted,

        /s/ W. Thad Adams, III
        W. Thad Adams, III (N.C. Bar No. 000020)
        Samuel A. Long, Jr. (N.C. Bar No. 46588)
        Christina Davidson Trimmer (N.C. Bar No. 44857)
        SHUMAKER, LOOP & KENDRICK, LLP
        101 South Tryon St., Suite 2200
        Charlotte, North Carolina 28280-0002
        Telephone: 704-945-2901
        Fax: 704-332-1197
        Email: tadams@slk-law.com
               along@slk-law.com
               ctrimmer@slk-law.com

        /s/ Scott P. Shaw
        Scott P. Shaw (CA Bar No. 223592)
        Jamin S. Soderstrom (CA Bar No. 261054)
        CALL & JENSEN
        610 Newport Center Drive, Suite 700
        Newport Beach, California 92660
        Telephone: 949-717-3000
        Fax: 949-717-3100
        Email: sshaw@calljensen.com
               jsoderstrom@calljensen.com
        LR 83.1 Counsel

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 18th day of February, 2016.

                              Respectfully submitted,

                              /s/ W. Thad Adams, III
                              W. Thad Adams, III (N.C. Bar No. 000020)
                              SHUMAKER, LOOP & KENDRICK, LLP
                              101 South Tryon St., Suite 2200
                              Charlotte, North Carolina 28280-0002
                              Telephone: 704-945-2901
                              Fax: 704-332-1197