IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-217-BO

| | |
|---|---|
| VARIETY STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WAL-MART STORES, INC. ) | |
| ) | |
| Defendant. ) | |

This cause comes before the Court on defendant's renewed motion to compel. Plaintiff has responded in opposition, and the matter is ripe for ruling.

Rule 26 of the Federal Rules of Civil Procedure provides that parties "may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case . . . ." Fed. R. Civ. P. 26(b)(1). The discovery "rules are to be given a broad and liberal treatment." *Beach Mart, Inc. v. L & L Wings, Inc.*, 302 F.R.D. 396, 405 (E.D.N.C. 2014) (quoting *Hickman v. Taylor*, 329 U.S. 495, 507 (1947)). The Court has, however, substantial discretion to manage discovery, *Lone Star Steakhouse & Saloon, Inc. v. Alpha of Va., Inc.*, 43 F.3d 922, 929 (4th Cir. 1995), and it may limit discovery it determines to be unreasonably cumulative, duplicative, burdensome, or outside the permitted scope. Fed. R. Civ. P. 26(b)(2)(B), (c). Having considered the briefing and bearing the above—as well as the fact that discovery in this matter closed approximately one year ago [DE 65]—in mind, the Court hereby DENIES plaintiff's motion [DE 218].

SO ORDERED, this 25 day of August, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

Case 5:14-cv-00217-BO   Document 224   Filed 08/25/16   Page 1 of 1