UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| VARIETY STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WAL-MART STORES, INC., | ) | 5:14-CV-217-BO |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on plaintiff's motion for a pretrial conference and trial setting. [DE 318].

**IT IS ORDERED, ADJUDGED AND DECREED** pursuant to this Court's order entered December 8, 2015, plaintiff Variety Store's motion for partial summary judgment [DE 43] is GRANTED and defendant Wal-Mart Stores' motion for summary judgment [DE 49] is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** pursuant to this Court's order entered on November 22, 2016, defendant Wal-Mart Stores is ordered to disgorge its profit in the amount of $32,521,671.40. Motions in limine [DE 232, 252] are GRANTED and motions in limine [DE 231, 233, 234, 238, 242, 247, 253, 255, 257, 261, 269, 270] are DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** Variety has already been awarded the entirety of Wal-Mart' s profits that can be attributed to its infringement and that are compensable to Variety, and because no additional remedy is available in this case, there is no need to hold a jury trial. Plaintiff Variety Stores Inc.'s motion for Pretrial Conference and Trial Setting is DENIED. [DE 318].

This case is closed.

**This judgment filed and entered on April 19, 2017, and served on:**
Christina Davidson Trimmer (via CM/ECF Notice of Electronic Filing)
Jamin S. Soderstrom (via CM/ECF Notice of Electronic Filing)
Samuel G. Brooks (via CM/ECF Notice of Electronic Filing)
Samuel A. Long, Jr. (via CM/ECF Notice of Electronic Filing)
Scott P. Shaw (via CM/ECF Notice of Electronic Filing)
W. Thad Adams, III (via CM/ECF Notice of Electronic Filing)
Corny C. Anderson (via CM/ECF Notice of Electronic Filing)

Elizabeth E. Brenckman (via CM/ECF Notice of Electronic Filing)
Mark S. Puzella (via CM/ECF Notice of Electronic Filing)
Matthew S. DeAntonio (via CM/ECF Notice of Electronic Filing)
Richard David Hosp (via CM/ECF Notice of Electronic Filing)
Sheryl K. Garko (via CM/ECF Notice of Electronic Filing)
William W. Wilkins (via CM/ECF Notice of Electronic Filing)
Jeffery C. Mok (via CM/ECF Notice of Electronic Filing)
Kristen Elena Small (via CM/ECF Notice of Electronic Filing)

April 19, 2017

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk

