IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VARIETY STORES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:14-cv-00217 |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

## PLAINTIFF VARIETY STORES, INC.'S REQUEST FOR JURY *VOIR DIRE*

Pursuant to Eastern District of North Carolina Local Rule 47.1(b), Plaintiff Variety Stores, Inc. ("Variety") submits below the proposed *voir dire* questions to be submitted to the prospective jurors in this case and requests allowance to ask follow-up questions.

1. Have you, a family member, or a close friend ever applied for or been granted a patent on an invention?

2. Have you, a family member, or a close friend ever applied for or been registered a trademark?

3. Have you, a family member, or a close friend ever registered a copyright?

4. Have you, a family member, or a close friend ever worked at Walmart?

5. Have you, a family member, or a close friend ever worked at Rose's?

6. Do you own a grill? If so what brand?

7. Have you ever been a plaintiff in civil litigation (plaintiff means you sued a company or a person)?

8. Have you ever been a defendant in civil litigation (defendant means you were sued by a company or a person)?

9. Have you ever testified in a deposition or a trial?

10. Have you ever been the victim of a crime?

11. Have you ever had property stolen from you?

12. Do you own or rent your home?

13. Should criminals be allowed to profit from their crime?

14. Have you served on a jury before?

15. Civil or criminal case?

16. Did you reach a verdict?

This the 15th day of October, 2018.

Respectfully submitted,

/s/ W. Thad Adams, III
W. Thad Adams, III (N.C. Bar No. 000020)
Samuel A. Long, Jr. (N.C. Bar No. 46588)
Christina Davidson Trimmer (N.C. Bar No. 44857)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: 704-945-2901
Fax: 704-332-1197
Email: tadams@slk-law.com
along@slk-law.com
ctrimmer@slk-law.com

Scott P. Shaw (CA Bar No. 223592)
CALL & JENSEN
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: 949-717-3000
Fax: 949-717-3100
Email: sshaw@calljensen.com
LR 83.1 Counsel

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 15th day of October, 2018.

    /s/ W. Thad Adams, III
Attorney for Plaintiff
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: 704-945-2901
Fax: 704-332-1197
Email: tadams@slk-law.com
N.C. Bar No. 000020