IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-217-BO

| | |
|---|---|
| VARIETY STORES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WAL-MART STORES, INC. | ) |
| Defendant. | ) |

Upon consideration of defendant's Consent Motion for Leave to File Under Seal [DE 387] its Response in Opposition to Variety's Motion to Enforce the Agreement of April 11, 2016 [DE 384] and Exhibit 1 to the Declaration of Mark S. Puzella [DE 386], and it appearing to the Court that good grounds exist for the Motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED, and that defendant's Response in Opposition to Variety's Motion to Enforce the Agreement of April 11, 2016 [DE 384] and Exhibit 1 to the Declaration of Mark S. Puzella [DE 386] be placed UNDER SEAL.

SO ORDERED, this _18_ day of October, 2018.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE