IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-217-BO

| | | |
|---|---|---|
| VARIETY STORES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| WAL-MART STORES, INC. | ) ) ) | |
| Defendant. | ) | |

Upon consideration of plaintiff's Consent Motion for Leave to File Under Seal [DE 378] its Memorandum in Support of its Motion to Enforce the Agreement of April 11, 2016 with Exhibits 1 and 2 [DE 377] and plaintiff's Consent Motion for Leave to File Under Seal [DE 393] its Reply to Motion to Enforce the Agreement of April 11, 2016, and it appearing to the Court that good grounds exist for the Motions,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motions are GRANTED, and that plaintiff's Memorandum in Support of its Motion to Enforce the Agreement with referenced Exhibits 1 and 2 [DE 377] and Reply to Motion to Enforce the Agreement be placed UNDER SEAL.

SO ORDERED, this __18__ day of October, 2018.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE