IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

_____
                                    )
VARIETY STORES, INC.,               )
                                    )
       Plaintiff,                   )
                                    )
vs.                                 )    Case No. 5:14-cv-00217
                                    )
WAL-MART STORES, INC.,              )
                                    )
       Defendant.                   )
_____ )

## VARIETY'S OPPOSITION TO WALMART'S "RENEWED" MOTIONS *IN LIMINE*

Variety Stores Inc. ("Variety") respectfully renews each of its Oppositions to Walmart Stores Inc.'s ("Walmart") Renewed Motions *in Limine* as follows:

### OPPOSITION TO MOTION *IN LIMINE* CONCERNING APPORTIONMENT AND DISGORGEMENT OF PROFITS

On, February 4, 2019, Walmart filed [DE 526] which is styled a "Renewed Motion *in Limine* Concerning Apportionment and Disgorgement of Profits" which purports to renew a similarly named motion [DE 403] filed by Walmart on September 28, 2018. Variety opposed [DE 403] by filing is Opposition, [DE 444] on October 12, 2018. This Court denied Walmart's Motion [DE 403] on October 24, 2018. Via the present filing, Variety respectfully renews its Opposition, [DE 444].

### OPPOSITION TO RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENTS CONCERNING OTHER COMPLAINTS, INCIDENTS, CLAIMS, OR LAWSUITS

On, February 4, 2019, Walmart filed [DE 527] which is styled a "Renewed Motion *in Limine* to Exclude Evidence and Arguments Concerning Other Complaints, Incidents, Claims, or Lawsuits" which purports to renew a similarly named motion [DE 404] filed by Walmart on September 28, 2018. Variety opposed [DE 404] by filing is Opposition, [DE 458] on October 12, 2018. This Court denied Walmart's Motion [DE 404] on October 24, 2018. Via the present filing, Variety respectfully renews its Opposition, [DE 458].

**OPPOSITION TO RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENTS CONCERNING WALMART INC.'S OVERALL REVENUE AND SIZE**

On, February 4, 2019, Walmart filed [DE 529] which is styled a "Renewed Motion *in Limine* to Exclude Evidence and Arguments Concerning Walmart Inc.'s Overall Revenue and Size" which purports to renew a similarly named motion [DE 405] filed by Walmart on September 28, 2018. Variety opposed [DE 405] by filing is Opposition, [DE 460] on October 12, 2018. This Court denied Walmart's Motion [DE 405] on October 24, 2018. Via the present filing, Variety respectfully renews its Opposition, [DE 460].

**OPPOSITION TO RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENTS CONCERNING ISSUES INVOLVING THE ATTORNEY-CLIENT PRIVILEGE**

On, February 4, 2019, Walmart filed [DE 530] which is styled a "Renewed Motion *in Limine* to Exclude Evidence and Arguments Concerning Issues Involving the Attorney-Client Privilege" which purports to renew a similarly named motion [DE 406] filed by Walmart on September 28, 2018. Variety opposed [DE 406] by filing is Opposition, [DE 447] on October 12, 2018. This Court denied Walmart's Motion [DE 406] on October 24, 2018. Via the present filing, Variety respectfully renews its Opposition, [DE 447].

**OPPOSITION TO RENEWED MOTION *IN LIMINE* TO EXCLUDE ANY EVIDENCE CONCERNING MONETARY REMEDIES OTHER THAN A REASONABLE ROYALTY OR DISGORGEMENT OF PROFITS BASED ON UNJUST ENRICHMENT**

On, February 4, 2019, Walmart filed [DE 533] which is styled a "Renewed Motion *in Limine* to Exclude any Evidence Concerning Monetary Remedies Other Than a Reasonable Royalty or Disgorgement of Profits Based on Unjust Enrichment" which purports to renew a similarly named motion [DE 407] filed by Walmart on September 28, 2018. Variety opposed [DE 407] by filing is Opposition, [DE 459] on October 12, 2018. This Court denied Walmart's Motion [DE 407] on October 24, 2018. Via the present filing, Variety respectfully renews its Opposition, [DE 459].

**OPPOSITION TO RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENTS OF REVENUE OUTSIDE OF THE RELEVANT GEOGRAPHIC AREA**

On, February 4, 2019, Walmart filed [DE 539] which is styled a "Renewed Motion *in Limine* to Exclude Evidence and Arguments of Revenue Outside the Relevant Geographic Area" which purports to renew a similarly named motion [DE 413] filed by Walmart on September 28, 2018. Variety opposed [DE 413] by filing is Opposition, [DE 452] on October 12, 2018. This Court denied Walmart's Motion [DE 413] on October 24, 2018. Via the present filing, Variety respectfully renews its Opposition, [DE 452].

**OPPOSITION TO RENEWED MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENTS CONCERNING UNRELATED LICENSE AGREEMENTS**

On, February 4, 2019, Walmart filed [DE 548] which is styled a "Renewed Motion *in Limine* to Exclude Evidence and Arguments Concerning Unrelated License Agreements" which purports to renew a similarly named motion [DE 422] filed by Walmart on September 28, 2018. Variety opposed [DE 422] by filing is Opposition, [DE 455] on October 12, 2018. This Court denied Walmart's Motion [DE 422] on October 24, 2018. Via the present filing, Variety respectfully renews its Opposition, [DE 455].

**CONCLUSION**

For all of the above reasons and for all of the reasons stated in the Oppositions herein incorporated by reference, Walmart's Renewed Motions, [DE 526], [DE 527], [DE 529], [DE 533], [DE 539], and [DE 548] should be **denied**.

This the 8th day of February, 2019.

Respectfully submitted,

/s/ W. Thad Adams, III
W. Thad Adams, III (N.C. Bar No. 000020)
Samuel A. Long, Jr. (N.C. Bar No. 46588)
Christina Davidson Trimmer (N.C. Bar No. 44857)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon St., Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: 704-945-2901
Fax: 704-332-1197
Email: tadams@slk-law.com
along@slk-law.com
ctrimmer@slk-law.com

3

/s/ Scott P. Shaw
Scott P. Shaw (CA Bar No. 223592)
CALL & JENSEN
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: 949-717-3000
Fax: 949-717-3100
Email:  sshaw@calljensen.com
LR 83.1 Counsel

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 8th day of February, 2019.

        Respectfully submitted,

        /s/ W. Thad Adams, III
W. Thad Adams, III (N.C. Bar No. 000020)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon St., Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: 704-945-2901
Fax: 704-332-1197
Email: tadams@slk-law.com