IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VARIETY STORES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:14-cv-00217 |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

**PLAINTIFF VARIETY STORES, INC.'S REQUEST FOR JURY *VOIR DIRE***

Plaintiff Variety Stores, Inc. ("Variety") appreciates the Court's preliminary instruction to the jury not to consider any outside factors, and only decide the case based on the evidence and testimony in this case. However, Variety respectfully requests that the Court also ask two questions to the jury so their responses can be part of the record in this case. Variety submits below the proposed *voir dire* questions to be submitted to the jurors prior to their deliberations.

1. Since October 24, 2018 through today, have any of you had any communications with the parties or their lawyers in this case?

2. Has anything occurred since October 24, 2018 that would prevent you from considering the testimony and evidence in this case objectively and impartially?

This the 11th day of February, 2019.

Respectfully submitted,

/s/ W. Thad Adams, III
W. Thad Adams, III (N.C. Bar No. 000020)

Samuel A. Long, Jr. (N.C. Bar No. 46588)
Christina Davidson Trimmer (N.C. Bar No. 44857)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: 704-945-2901
Fax: 704-332-1197
Email: tadams@slk-law.com
      along@slk-law.com
      ctrimmer@slk-law.com

Scott P. Shaw (CA Bar No. 223592)
CALL & JENSEN
610 Newport Center Drive, Suite 700
Newport Beach, California 92660
Telephone: 949-717-3000
Fax: 949-717-3100
Email: sshaw@calljensen.com
LR 83.1 Counsel

*Attorneys for Plaintiff*