UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| VARIETY STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WAL-MART STORES, INC., | ) | 5:14-CV-217-BO |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This action came before the Court on remand from the Fourth Circuit Court of Appeals, for a trial by jury on the issue of liability, and for a trial by jury on the issue of damages owed by defendant to plaintiff.

**IT IS ORDERED, ADJUDGED AND DECREED** pursuant to the jury verdict and judgment entered October 24, 2018, plaintiff Variety proved by a preponderance of the evidence that defendant Walmart's use of the BACKYARD GRILL + design mark was likely to cause confusion in connection with plaintiff Variety's THE BACKYARD, BACKYARD, and BACKYARD BBQ marks and was therefore infringing.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** pursuant to the jury verdict and judgment entered October 24, 2018, defendant Walmart's infringement was willful.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to jury verdict entered February 12, 2019, plaintiff Variety is awarded a reasonable royalty in the amount of $45,536,846.71 as a result of defendant Walmart's trademark infringement, with post-judgment interest at the rate of 2.56% per annum.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to jury verdict entered February 12, 2019, plaintiff Variety is awarded profits earned by defendant Walmart from the infringing sales in the amount of $50,000,000.00, with post-judgment interest at the rate of 2.56% per annum.

**This judgment filed and entered on February 12, 2019, and served on:**
Christina Davidson Trimmer (via CM/ECF Notice of Electronic Filing)
Jamin S. Soderstrom (via CM/ECF Notice of Electronic Filing)
Samuel G. Brooks (via CM/ECF Notice of Electronic Filing)
Samuel A. Long, Jr. (via CM/ECF Notice of Electronic Filing)
Scott P. Shaw (via CM/ECF Notice of Electronic Filing)

W. Thad Adams, III (via CM/ECF Notice of Electronic Filing)
Elizabeth E. Brenckman (via CM/ECF Notice of Electronic Filing)
Mark S. Puzella (via CM/ECF Notice of Electronic Filing)
Matthew S. DeAntonio (via CM/ECF Notice of Electronic Filing)
Richard David Hosp (via CM/ECF Notice of Electronic Filing)
William W. Wilkins (via CM/ECF Notice of Electronic Filing)
Jeffery C. Mok (via CM/ECF Notice of Electronic Filing)
Kristen Elena Small (via CM/ECF Notice of Electronic Filing)

                                            PETER A. MOORE, JR., CLERK

February 12, 2019

                                            /s/ Lindsay Stouch
                                            By: Deputy Clerk